ACCEPTED
15-25-00134-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/10/2025 4:09 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00134-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/10/2025 4:09:44 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

TEXAS ASSOCIATION OF SCHOOL BOARDS RISK MANAGEMENT FUND
*APPELLANT,*

V.

SOUTHWEST TEXAS JUNIOR COLLEGE
*APPELLEE.*

On Appeal from Uvalde County 38th Judicial District,
Judge Kelley T. Kimble Presiding, Cause No. 2023-11-35269-CV

APPELLEE'S UNOPPOSED MOTION
TO FILE APPELLEE'S BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Cross-Appellant/Appellee, Southwest Texas Junior College ("Cross-Appellant/Appellee" or the "College") respectfully requests an extension of time to file its Cross-Appellant/Appellee's Brief and respectfully states as follows:

1. This appeal initially began as an appeal from the trial court's Partial Denial and Partial Granting of Appellant's Partial Plea to the Jurisdiction that was filed with the trial court.

1

2. The trial court issued its Order granting in part, and denying in part Appellant's Partial Plea to the Jurisdiction on July 29, 2025.

3. Appellant filed it Notice of Appeal of the trial court's partial denial of the Partial Plea to the Jurisdiction on August 7, 2025.

4. Cross-Appellant/Appellee filed its Notice of Appeal of the trial court's partial grant of the Partial Plea to the Jurisdiction on August 15, 2025.

5. Under Rule 10.5(b) and Rule 38.6(d) of the Texas Rules of Appellate Procedure, this Court may extend time for filing a brief of appellant. By this motion, Cross-Appellant/Appellee seeks an extension of time to file its brief, and requests an extension of 20 days after the filing of the Supplemental Clerk's Record.

6. The undersigned counsel Vincent Circelli has been preparing the brief, but will not be able to complete the brief by September 15, 2025, for the following reasons:

   a. On August 18, 2025, the Reporter's Record was filed. Shortly after on August 26, 2025, the Clerk's Record was filed. With the filing of the complete appellate record, the Court set briefing deadlines for Appellant's Brief currently due September 15, 2025.

   b. Counsel for Cross-Appellant/Appellee filed its notice of appeal with the 38th Judicial District Court on August 15, 2025.

   c. On August 25, 2025, Counsel filed its Designation for Supplemental Clerk's Record.

   d. Upon filing of the Clerk's Record on August 26, 2025, the record did not

include Cross-Appellant/Appellee's notice of appeal or designation of supplemental clerk's record. Both the notice of appeal and designation were filed directly with the District Clerk's office, and were not forwarded to the Court of Appeals.

7. As a result, the supplement to the clerk's record that forms the basis of Cross-Appellant/Appellee's appeal has not been filed at this time.

8. Therefore, Cross-Appellant/Appellee requests the Court extend the deadline to file the College's Cross-Appellant/Appellee's Brief, up to and including 20 days after the filing of the requested Supplemental Clerk's Record.

9. This request is not made for purposes of delay but so that the issues may be properly presented and fully briefed.

10. This is Southwest Texas Junior College's first request for an extension of time to file its Cross-Appellant/Appellee's Brief.

11. Counsel for Southwest Texas Junior College has conferred with Texas Association of School Boards Risk Management Fund's counsel who does not oppose the requested extension.

**PRAYER**

For the foregoing reasons, Cross-Appellant/Appellee Southwest Texas Junior College respectfully requests the Court grant this motion for extension in which to file its Cross-Appellant/Appellee's Brief, up to and including 20 days after the filing of the requested Supplemental Clerk's Record.

Respectfully submitted,

*/s/ Vincent P. Circelli*
Preston J. Dugas III
State Bar No. 24050189
pdugas@dcclawfirm.com
Vincent P. Circelli
State Bar No. 24058804
vcircelli@dcclawfirm.com
Andrew D. Spadoni
State Bar No. 24109198
aspadoni@dcclawfirm.com

**DUGAS & CIRCELLI, PLLC**
4800 Bryant Irvin Ct.,
Fort Worth, Texas 76107
Telephone: (817) 817-7000
Facsimile: (682) 219-0761

**COUNSEL FOR CROSS-APPELLANT/APPELLEE**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellant, Texas Association of School Boards regarding the substance of this Motion via email on September 10, 2025. Counsel for Appellant indicated Appellant is unopposed to the requested relief.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was e- served to the following counsel on September 10, 2025, through the electronic case filing system:

Jack W. Higdon
Jack.higdon@blankrome.com
Gregory J. Moore
Greg.moore@blankrome.com
Christopher W. Caudill
Christopher.caudill@blankrome.com

**BLANK ROME LLP**
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: (713) 228-6601

*/s/ Vincent P. Circelli*
Vincent P. Circelli

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jen Saenz on behalf of Vincent  Circelli
Bar No. 24058804
jen@pjdlawfirm.com
Envelope ID: 105464277
Filing Code Description: Motion
Filing Description: Appellee's Unopposed Motion to File Appellee's Brief
Status as of 9/10/2025 4:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Barry Abrams | | barry.abrams@blankrome.com | 9/10/2025 4:09:44 PM | SENT |
| Jack Higdon | | jack.higdon@blankrome.com | 9/10/2025 4:09:44 PM | SENT |
| Joshua Huber | | josh.huber@blankrome.com | 9/10/2025 4:09:44 PM | SENT |
| Penny Johnson | | penny.johnson@blankrome.com | 9/10/2025 4:09:44 PM | SENT |
| Gregory J.Moore | | Greg.Moore@BlankRome.com | 9/10/2025 4:09:44 PM | SENT |
| Preston J.Dugas III | | pdugas@dcclawfirm.com | 9/10/2025 4:09:44 PM | SENT |
| Vincent P. Circelli | | vcircelli@dcclawfirm.com | 9/10/2025 4:09:44 PM | SENT |
| Andrew D. Spadoni | | aspadoni@dcclawfirm.com | 9/10/2025 4:09:44 PM | SENT |
| Sarah Arroyo | | sarroyo@dcclawfirm.com | 9/10/2025 4:09:44 PM | SENT |
| Clarissa Rodriguez | | cmrodriguez@rampagelaw.com | 9/10/2025 4:09:44 PM | SENT |
| Liniuse Umunna | | Liniuse.Umunna@blankrome.com | 9/10/2025 4:09:44 PM | SENT |
| Noorhan Chahal | | noorhan.chahal@blankrome.com | 9/10/2025 4:09:44 PM | SENT |
| Yvette Manzano | | yvette.manzano@blankrome.com | 9/10/2025 4:09:44 PM | SENT |
| Christopher W.Caudill | | Christopher.Caudill@BlankRome.com | 9/10/2025 4:09:44 PM | SENT |